```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
In Re: CHEN FOUNDATION, INC.,            :
                                         :    24cv6326 (DLC)
                         Debtor,         :
                                         :         ORDER
-----------------------------------------:
                                         :
SHANGHAI COMMERCIAL BANK LTD., NEW YORK  :
BRANCH, et al.,                          :
                                         :
                         Appellants,     :
                                         :
              -v-                        :
                                         :
CHEN FOUNDATION, INC.,                   :
                                         :
                         Appellee.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above case has been assigned to me for all purposes. Accordingly, it is hereby

ORDERED that the appellants shall file their brief within two weeks after the docketing of notice that the record has been transmitted or is available electronically. Any opposition is due 21 days thereafter. Any reply brief is due 14 days after the filing of the opposition.

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail

or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 23, 2024

```
                              _____
                                      DENISE COTE
                              United States District Judge
```

2