```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
In Re: CHEN FOUNDATION, INC.,            :
                                         :      24cv6326 (DLC)
                      Debtor,            :
                                         :          ORDER
-----------------------------------------:
                                         :
SHANGHAI COMMERCIAL BANK LTD., NEW YORK  :
BRANCH, et al.,                          :
                                         :
                      Appellants,        :
                                         :
            -v-                          :
                                         :
CHEN FOUNDATION, INC.,                   :
                                         :
                      Appellee.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of August 23, 2024 set a schedule for briefing in this matter following the docketing of notice that the record has been transmitted or is available electronically. On September 11, the notice that the record is available electronically was docketed. Accordingly, it is hereby

ORDERED that appellants shall file their brief by **September 25, 2024**. The appellee's brief is due **October 16**. Any reply is due **October 30**.

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail

or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
September 12, 2024

```
                           _____
                                    DENISE COTE
                           United States District Judge
```